## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:   NANCY A STEGVILAS                      Case No.: 08-27247

           Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/10/2008.

2) This case was confirmed on 01/07/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 01/07/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/23/2010.

5) The case was dismissed on 07/07/2010.

6) Number of months from filing to the last payment: 19

7) Number of months case was pending: 25

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   18,975.00

10) Amount of unsecured claims discharged without payment $   .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 15,750.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 15,750.00 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 605.65 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,083.75 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,689.40 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| COUNTRYWIDE HOME LOA | SECURED | 180,833.00 | 176,038.74 | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOA | SECURED | NA | 5,700.78 | .00 | .00 | .00 |
| MAZDA AMERICAN CREDI | SECURED | 19,500.00 | 25,971.79 | 25,971.79 | 11,443.99 | 1,726.82 |
| MAZDA AMERICAN CREDI | UNSECURED | 6,471.79 | NA | NA | .00 | .00 |
| TCF FINANCIAL SERVIC | SECURED | 15,105.00 | .00 | .00 | .00 | .00 |
| TCF FINANCIAL SERVIC | SECURED | NA | .00 | 134.00 | .00 | .00 |
| AMERICAS FINANCIAL S | UNSECURED | 180.00 | 373.06 | 373.06 | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | 1,592.00 | 1,527.47 | 1,527.47 | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | 371.00 | 495.65 | 495.65 | .00 | .00 |
| AT & T BANKRUPTCY | UNSECURED | 963.00 | NA | NA | .00 | .00 |
| AT&T | OTHER | .00 | NA | NA | .00 | .00 |
| CASHCALL INC | UNSECURED | 5,003.00 | 6,654.39 | 6,654.39 | .00 | .00 |
| CHASE | UNSECURED | 879.00 | NA | NA | .00 | .00 |
| CHASE BANK USA | OTHER | .00 | NA | NA | .00 | .00 |
| CHECK INTO CASH INC | UNSECURED | 696.00 | NA | NA | .00 | .00 |
| CHECK N GO | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| CHECK N GO | OTHER | .00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 683.00 | 9,057.49 | 9,057.49 | .00 | .00 |
| CITIFINANCIAL | OTHER | .00 | NA | NA | .00 | .00 |
| COMMERCIAL CHECK CON | UNSECURED | 304.00 | NA | NA | .00 | .00 |
| COMMERCIAL CHECK CON | UNSECURED | .00 | NA | NA | .00 | .00 |
| CREDIT COLLECTION SE | UNSECURED | 91.00 | NA | NA | .00 | .00 |
| LVNV FUNDING | UNSECURED | 1,020.00 | 596.43 | 596.43 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CREDIT ONE BANK | OTHER | .00 | NA | NA | .00 | .00 |
| DEVON FINANCIAL SERV | UNSECURED | 1,613.00 | 1,162.91 | 1,162.91 | .00 | .00 |
| FIRST AMERICAN CASH | UNSECURED | 462.00 | 1,705.76 | 1,705.76 | .00 | .00 |
| GREAT AMERICAN FINAN | UNSECURED | 1,170.00 | 1,180.16 | 1,180.16 | .00 | .00 |
| ECAST SETTLEMENT COR | UNSECURED | 712.00 | 765.57 | 765.57 | .00 | .00 |
| KAY JEWELERS | UNSECURED | 1,204.42 | NA | NA | .00 | .00 |
| LOAN EXPRESS CO | UNSECURED | 665.00 | 665.00 | 665.00 | .00 | .00 |
| NATIONAL QUIK CASH | UNSECURED | 650.00 | 709.52 | 709.52 | .00 | .00 |
| NATIONWIDE CREDIT IN | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| TERMINIX INTERNATION | OTHER | NA | NA | NA | .00 | .00 |
| PAY DAY LOAN STORE | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | OTHER | .00 | NA | NA | .00 | .00 |
| PEOPLES GAS LIGHT & | UNSECURED | 1,421.00 | 730.99 | 730.99 | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 317.00 | 345.95 | 345.95 | .00 | .00 |
| SPRINT PCS | OTHER | .00 | NA | NA | .00 | .00 |
| SURETY FINANCE | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,473.00 | 1,473.42 | 1,473.42 | .00 | .00 |
| CALVARY PORTFOLIO SE | UNSECURED | 2,000.00 | 2,140.94 | 2,140.94 | .00 | .00 |
| WAMU | OTHER | .00 | NA | NA | .00 | .00 |
| WASHINGTON MUTUAL | OTHER | .00 | NA | NA | .00 | .00 |
| KAY JEWELERS | SECURED | 500.00 | 1,704.42 | 1,704.42 | 850.00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NA | 167.40 | 167.40 | .00 | .00 |
| CITY OF CHICAGO DEPT | UNSECURED | NA | 480.00 | 480.00 | .00 | .00 |
| COUNTRYWIDE HOME LOA | OTHER | NA | NA | NA | .00 | .00 |
| CITY OF CHICAGO WATE | SECURED | 182.00 | 39.79 | 39.79 | 39.79 | .00 |
| KAY JEWELERS | OTHER | .00 | NA | NA | .00 | .00 |
| MAZDA AMERICAN CREDI | OTHER | .00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 240.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO DEPT | OTHER | .00 | NA | NA | .00 | .00 |
| AMERICASH LOANS LLC | UNSECURED | NA | 321.50 | 321.50 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 134.00 | .00 | .00 |
| Debt Secured by Vehicle | 25,971.79 | 11,443.99 | 1,726.82 |
| All Other Secured | 1,744.21 | 889.79 | .00 |
| **TOTAL SECURED:** | 27,850.00 | 12,333.78 | 1,726.82 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 30,553.61 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,689.40 |
| Disbursements to Creditors | $ | 14,060.60 |
| **TOTAL DISBURSEMENTS:** | $ | 15,750.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/26/2010        /s/ Tom Vaughn
                         Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**